JOHN GILDEA, Respondent, v. HARRIS FINE REALTY AND CONSTRUCTION COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

NATHAN GOLDFLAM, Appellant, v. JOHN J. WELSH, Respondent.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

MODERN INDUSTRIAL BANK, Respondent, v. POSNACK & SENTER, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

CHARLES A. O'TOOLE, Respondent-Appellant, v. CRANE & CLARK, a Domestic Corporation, Appellant-Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.